**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6547**

———————

In Re: CHARLES ANTHONY BENNETT,

                                        Petitioner.

———————

On Petition for Writ of Mandamus.  (CA-00-704)

———————

Submitted:  June 21, 2001          Decided:  July 5, 2001

———————

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

Charles Anthony Bennett, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles A. Bennett has filed a petition for writ of mandamus asking this court to compel the district court to issue a decision on his motion filed pursuant to 28 U.S.C.A. § 2255 (West Supp. 2000). The granting of a writ of mandamus is a drastic remedy to be used in extraordinary circumstances. In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). A petitioner must show that he has a clear right to the relief sought, that the respondent has a clear duty to perform the act requested by petitioner, and that there is no other adequate remedy available. In re First Fed. Sav. & Loan Ass'n, 869 F.2d 135, 138 (4th Cir. 1988). Bennett has failed to make the requisite showing for such extraordinary relief. Our review of the district court docket sheet discloses that there has been no undue delay in considering Bennett's § 2255 motion. Nevertheless, we urge the district court to act with reasonable promptness on Bennett's motion, which was filed on March 3, 2000. Accordingly, although we grant Bennett's motion to proceed in forma pauperis, we deny his petition for writ of mandamus without prejudice to his filing another mandamus petition if the district court does not act expeditiously. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2